UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACY M. WILLIAMS, | ) |
| *Plaintiff*, | ) |
| vs. | ) No. 1:13-cv-01592-JMS-DKL |
| BRANDON BROOKS, *in his individual capacity*, GREG KEHL, *in his individual capacity*, and SHANNON TRUMP, *in her individual capacity*, | ) |
| *Defendants*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants, such that Plaintiff shall take nothing by way of his Complaint.

Date: March 9, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**